AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| George F. Lloyd, Jr.<br>*Plaintiff*<br>v.<br>Williamsburg Detention Center, Williamsburg County Detention Center, Ms. Pressely, Cpl McClary and Nurse Heather<br>*Defendant* | )<br>)<br>)  Civil Action No.  5:14-cv-4446-BHH<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge. The court adopts the Report and Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.

Date:  February 25, 2015

*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*